FILED
2019 Mar-06 PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **VALIOLLAH GHOLAMKHAS,** ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **CIVIL ACTION NO.** |
| **MAT, INC.** ) ) ) | **5:19-CV-00280-HNJ** |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff, Valiollah Gholamkhas and pro se Defendant MAT, Inc. with its express permission through its owner Matt Isfahani, and hereby notify the Court that the case has been resolved. The Parties anticipate finalizing the settlement documentation shortly.

Respectfully submitted this 6th day of March 2019.

*/s/ Anna Zhuromskaya*
ANNA ZHUROMSKAYA, ESQ.
Attorney for Plaintiff
ALA. BAR NO.: 1646T80F
The ADA Group, LLC
4001 Carmichael Road, Suite 570
Montgomery, AL 36106
334.819.4030 ph.
334.819.4032 fax
az@ada-firm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed with the Clerk of Court the aforementioned Notice of Settlement by CM/ECF electronic system and sent by USPS mail and electronic mail, postage prepaid and properly addressed this 6th day of March 2019 to the following:

**MAT, INC.**
Attn.: Matt Isfahani
2599 Sparkman Dr
Huntsville, AL 35805
moalta@aol.com

        /s/ *Anna Zhuromskaya*
        ANNA ZHUROMSKAYA, ESQ.
        Attorney for Plaintiff
        ALA. BAR NO.: 1646T80F
        The ADA Group, LLC
        4001 Carmichael Road, Suite 570
        Montgomery, AL 36106
        334.819.4030 ph.
        334.819.4032 fax
        az@ada-firm.com