FILED
2019 Apr-18 PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| VALIOLLAH GHOLAMKHAS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:19-cv-00280-HNJ |
| ) | |
| MAT, INC., ) | |
| ) | |
| Defendant ) | |

## DISMISSAL ORDER

Pursuant to the Agreed Stipulation of Dismissal filed by Plaintiff (Doc. 11), the court **DISMISSES** this action **WITH PREJUDICE**.

**DONE** and **ORDERED** this 18th day of April, 2019.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE